Jeffrey D. Hanslick, Curtis R. Summers, Husch & Blackwell, Kansas City, MO, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Daniel Coyle appeals the order of the District Court[1] granting summary judgment to Aquila, Inc., in his employment-discrimination action. After reviewing the record de novo, viewing it in the light most favorable to Coyle, we conclude that summary judgment was proper for the reasons stated by the District Court. *See Didier v. Schwan Food Co.,* 465 F.3d 838, 841 (8th Cir.2006) (standard of review). We decline to consider Coyle's arguments raised for the first time on appeal. *See Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004). Accordingly, we affirm.

Bola Ajiwoju, Raytown, MO, pro se.

Katharine S. Bunn, Kathleen Murphy Markie, Office of the Gen. Counsel, U. of Missouri, Columbia, MO (Stephen J. Owens, Gen. Counsel, on the brief), for appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Bola Ajiwoju appeals the district court's[1] adverse grant of summary judgment in his discrimination action. After careful de novo review, *see Carter v. St. Louis Univ.,* 167 F.3d 398, 400 (8th Cir. 1999), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**Bola AJIWOJU, Appellant,**

v.

**UNIVERSITY OF MISSOURI–KANSAS CITY, Appellee.**

No. 09–1541.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 27, 2010.

Filed: Feb. 3, 2010.

**UNITED STATES of America, Appellee,**

v.

**Israel John Patrick DAVIS, Appellant.**

No. 09–1313.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 28, 2010.

Filed: Feb. 3, 2010.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.